UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEON LAWSON, et al., | CASE NO. C22-5469 BHS |
| Plaintiff, | ORDER |
| v. | |
| RAYMOND HUISINGH, et al., | |
| Defendant. | |

THIS MATTER is before the Court on pro se plaintiff Leon Lawson's motions for temporary restraining orders, Dkts. 48 and 53.

Judge Bryan of this District dismissed and closed this case more than three years ago. Dkt. 21. This Court denied Lawson's motion to re-open the case, and various other motions in October. Dkt. 37.

Lawson has since filed 16 memoranda, motions, declarations, praecipe, affidavits and other documents, totaling hundreds of pages. Most are incomprehensible, and none alter the fact that this case is **CLOSED**.

The motions are **DENIED**. The Clerk shall file on the record, **BUT SHALL NOT NOTE FOR HEARING** any further filings in this closed case.

ORDER - 1

**IT IS SO ORDERED**.

Dated this 19th day of November, 2025.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2